EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
MICHAEL P. FARRELL
Senior Assistant Attorney General
STEPHEN G. HERNDON, State Bar No. 130642
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 327-0350
 Fax: (916) 324-2960
 Email: Stephen.Herndon@doj.ca.gov

Attorneys for Respondents

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASAN ADNAN YAGHOUB,<br><br>                                    Petitioner,<br><br>       v.<br><br>FOLSOM STATE PRISON WARDEN,<br><br>                                    Respondents. | CIV S-07-0027 MCE GGH P<br><br>**ORDER GRANTING ENLARGEMENT OF TIME** |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's Answer to Petitioner's Petition for Writ of Habeas Corpus be filed on or before April 2, 2007.

Dated: 3/7/07

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

yag27.eot

1