1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  MICHAEL P. FARRELL
   Senior Assistant Attorney General
4  STEPHEN G. HERNDON
   Supervising Deputy Attorney General
5  STEPHEN G. HERNDON, State Bar No. 130642
   Supervising Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 327-0350
8   Fax:  (916) 324-2960
    Email:  Stephen.Herndon@doj.ca.gov
9
   Attorneys for Respondents
10

11                  IN THE UNITED STATES DISTRICT COURT

12                 FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14

15  HASAN ADNAN YAGHOUB,                    CIV S-07-0027 MCE GGH P

16                          Petitioner,     **ORDER GRANTING
                                            ENLARGEMENT OF TIME**
17       v.

18  FOLSOM STATE PRISON WARDEN,

19                          Respondents.

20

21       Good cause appearing, IT IS HEREBY ORDERED that Respondent's Answer to

22  Petitioner's Petition for Writ of Habeas Corpus be filed on or before May 2, 2007.

23  Dated: 4/18/07
                              /s/ Gregory G. Hollows
24                            _____
                              UNITED STATES MAGISTRATE JUDGE
25

26

27  yag27.eot(2)

28

                                        1