1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HASAN ADNAN YAGHOUB,                       No. 2:07-cv-00027-MCE-GGH P

12            Petitioner,

13        vs.                                   ORDER

14   FOLSOM STATE PRISON
     WARDEN, et al.,
15
              Respondents.
16   _____/

17       Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of

18   habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

20       On October 22, 2007, the magistrate judge filed findings and recommendations herein

21   which were served on all parties and which contained notice to all parties that any objections to

22   the findings and recommendations were to be filed within twenty days.  Petitioner did not file

23   objections to the findings and recommendations.  On January 8, 2007, this court adopted the

24   findings and recommendations and judgment was entered.

25   ///

26   ///

                                              1

1    On February 19, 2008, petitioner filed a request for extension of time to file objections

2  and objections to the October 22, 2007, findings and recommendations.   The court construes the

3  request for extension of time as a request for relief from judgment pursuant to Fed. R. Civ. P.

4  60(b).  Petitioner states that prison officials apparently failed to mail his objections to the court.

5  Good cause appearing, petitioner's request for relief from judgment is granted.

6    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,

7  this court has conducted a de novo review of this case.  Having carefully reviewed the entire file,

8  including petitioner's objections, the court finds the findings and recommendations to be

9  supported by the record and by proper analysis.

10    Accordingly, IT IS HEREBY ORDERED that:

11    1.  Petitioner's February 19, 2008, request for extension of time to file objections,

12  construed as a request for relief from judgment pursuant to Fed. R. Civ. P. 60(b), is granted; the

13  January 8, 2008, judgment is vacated;

14    2.  The findings and recommendations filed October 22, 2007, are adopted in full; and

15    3.  Petitioner's application for a petition for writ of habeas corpus is denied.

16   Dated:  April 4, 2008

17

18  _____
    MORRISON C. ENGLAND, JR.
    UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

2